IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

FILED
DEC 20 2013
CLERK OF THE CIRCUIT COURT #54
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| JENNIFER L. TIERNEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 13L2162 |
| CITY OF ALTON, ILLINOIS, ALTON POLICE DEPARTMENT and SCOTT WALDRUP, Individually | ) |
| Defendants. | ) |

## AFFIDAVIT REGARDING DAMAGES SOUGHT

I, Christopher B. Hunter, attorney for Plaintiff in this cause, hereby state under oath the following:

1. The amount of money damages sought in the complaint is in excess of Fifty Thousand Dollars ($50,000.00).

2. That this Affidavit is made pursuant to Supreme Court Rule 222(b).

*Attorney for Plaintiff*
Christopher B. Hunter, #3121827
Hunter & Johnson, P.C.
5213 Mae Drive, Suite B
Godfrey, IL 62035
(T) 618-466-9510
(F) 618-466-9540

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF MADISON  )

Subscribed and sworn to before me, a Notary Public, this 19th day of December, 2013.

Official Seal
Nicole A Davis
Notary Public State of Illinois
My Commission Expires 08/10/2014

Notary Public

EXHIBIT B