IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER TIERNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-00019-MJR-PMF |
| ) | |
| CITY OF ALTON, ALTON POLICE ) | |
| DEPARTMENT, and SCOTT WALDRUP, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, Jennifer Tierney, and the defendants, CITY OF ALTON, ALTON POLICE DEPARTMENT and SCOTT WALDRUP, to the above-captioned suit, by and through their undersigned attorneys, that upon presentation of this Stipulation to the then presiding Judge of the United States District Court for the Southern District of Illinois, the following Order may, and shall be entered in said suit dismissing said Complaint originally filed by Jennifer Tierney with prejudice and with prejudice to the claims, demands and choses in action sued upon therein against said defendants.  Each party to bear its own costs.

| | |
|---|---|
| /s/CHRIS HUNTER (by consent) | /s/CHARLES A. PIERCE |
| HUNTER & JOHNSON | PIERCE LAW FIRM, P.C. |
| 5213 Mae Drive, Suite B | #3 Executive Woods Court, Ste 200 |
| Godfrey, IL  62035 | Belleville, IL  62226 |
| (618) 466-9510 | (618) 277-5599 |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2014 I electronically filed a STIPULATION FOR DISMISSAL on behalf of the defendants, City of Alton (incorrectly sued herein as City of Alton and Alton Police Department) and Scott Waldrup, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Christopher B. Hunter
Emily J. Johnson
Hunter & Johnson, P.C.
5213 Mae Drive, Suite B
Godfrey, IL  62035

        Respectfully submitted,

        s/CHARLES A. PIERCE
        Pierce Law Firm, P.C.
        #3 Executive Woods Court, Suite 200
        Belleville, IL  62226
        Phone: (618) 277-5599
        Fax: (618) 239-6080
        E-mail: cpierce@piercelawpc.com
        Attorney Bar Number # 06208106