United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| JENNIFER TIERNEY, ) | |
| ) | |
| Plaintiff, ) | Case Number: 14–cv–0019–MJR–PMF |
| ) | |
| v. ) | |
| ) | |
| CITY OF ALTON, ALTON POLICE DEP'T, ) | |
| and SCOTT WALDRUP, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT IN A CIVIL ACTION**

Pursuant to the Order dated May 16, 2014, (reflecting the parties settlement) and Joint Stipulation of Dismissal dated June 4, 2014, this case is dismissed with prejudice. Each party to bear its own costs.

Dated: June 5, 2014

                                                NANCY J. ROSENSTENGEL, Clerk
                                                s/ Debbie DeRousse
                                                Deputy Clerk

Approved: s/Michael J. Reagan
Michael J. Reagan, U.S. District Judge